# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Harris, Patricia S. | 2. Court or Organization<br><br>United States District Court, Eastern District of Arkansas | 3. Date of Report<br><br>07/07/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time United States Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

| 7. Chambers or Office Address |
|---|
| United States Courthouse<br>500 W. Capitol Avenue, Suite C163<br>Little Rock, Arkansas 72201-3325 |

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |
|---|

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board member | Historic Arkansas Museum Foundation Board |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 07/07/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Arkansas Game and Fish Commission |
| 2. 2019 | Freelance writer/editor |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Patricia S.** | 07/07/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Rental property/studio apartment located in Little Rock, Arkansas | C | Rent | K | W | | | | | |
| 2. | Bank of America | A | Interest | K | T | | | | | |
| 3. | AB VPS Growth & Income Portfolio Class B | | | K | T | | | | | |
| 4. | Victory Incore Investment Quality Bond VIP Series | | | | | Buy (add'l) | 05/03/19 | J | | |
| 5. | | | | | | Sold | 08/02/19 | J | | |
| 6. | Victory Incore Low Duration Bond VIP Series | | | K | T | | | | | |
| 7. | Janus Henderson Global Technology SS | | | J | T | | | | | |
| 8. | Templeton Foreign VIP Fund Class 2 Shares | | | J | T | | | | | |
| 9. | Blackrock Large Cap Core CL III | | | K | T | Sold (part) | 05/03/19 | J | | |
| 10. | Columbia Variable Portfolio Small Cap Value Fund Class 2 | | | J | T | | | | | |
| 11. | Fidelity VIP Contrafund SRCL 2 | | | | | Sold (part) | 05/03/19 | J | | |
| 12. | | | | | | Sold | 10/18/19 | K | | |
| 13. | Fidelity VIP Midcap port DRCL 2 | | | K | T | | | | | |
| 14. | Franklin Small Cap Value VIP Fund Class 2 Shares | | | J | T | | | | | |
| 15. | MFS VIT Utilities Series SC | | | | | Sold | 10/18/19 | J | | |
| 16. | Oppenheimer Main Street Small Cap Fund/ VA | | | | | Sold | 10/18/19 | J | | |
| 17. | Pioneer Mid Cap Value VCT CL II | | | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Patricia S.** | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. | RS Large Cap Alpha VIP Series (Victory) | | | K | T | | | | | |
| 19. | Franklin US Government Securities VIP Fund Class 2 Shares | | | | | Buy (add'l) | 05/03/19 | J | | |
| 20. | | | | | | Sold | 10/18/19 | K | | |
| 21. | Invesco Oppenheimer V.I. Global Strategic Income Fund Series II | | | K | T | Buy (add'l) | 05/03/19 | J | | |
| 22. | (formerly Oppenheimer Global Strategic Income/VA SC) | | | | | Sold | 10/18/19 | K | | |
| 23. | PIMCO Total Return Advisor CL | | | | | Buy (add'l) | 05/03/19 | J | | |
| 24. | | | | | | Sold (part) | 08/02/19 | J | | |
| 25. | | | | | | Sold | 10/18/19 | K | | |
| 26. | Guardian Large Cap Fundamental Growth VIP Fund | | | K | T | Sold (part) | 05/03/19 | J | | |
| 27. | Guardian International Value VIP Fund | | | J | T | | | | | |
| 28. | Guardian Large Cap Disciplined Growth VIP Fund | | | K | T | Buy | 10/18/19 | K | | |
| 29. | Guardian U.S. Gov't Securities VIP Fund | | | K | T | Buy | 10/18/19 | K | | |
| 30. | Guardian Small Cap Core VIP Fund | | | K | T | Buy | 10/18/19 | K | | |
| 31. | Guardian Total Return Bond VIP Fund | | | K | T | Buy | 10/18/19 | K | | |
| 32. | Guardian Global Utilities VIP Fund | | | J | T | Buy | 10/18/19 | J | | |
| 33. | Guardian MultiSector Bond VIP Fund | | | K | T | Buy | 10/18/19 | J | | |
| 34. | | | | | | Buy (add'l) | 11/01/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 07/07/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. DFA US Vector Equity PRTF Instl Cl | A | Dividend | J | T | | | | | |
| 36. DFA US Core Equity II | A | Dividend | J | T | | | | | |
| 37. Dimensional Emerging Mkts Val PRTF Instl | A | Dividend | J | T | | | | | |
| 38. DFA Emerging Mkts Small Cap | A | Dividend | J | T | | | | | |
| 39. DFA International Small Company Port | A | Dividend | J | T | | | | | |
| 40. DFA International Small Cap Value | A | Dividend | J | T | | | | | |
| 41. DFA Emerging Markets Portfolio | A | Dividend | J | T | | | | | |
| 42. DFA US Large Cap Value PRTF Instl | A | Dividend | J | T | | | | | |
| 43. DFA Real Estate PRTF Instl | A | Dividend | J | T | | | | | |
| 44. DFA International Value PRTF Instl | A | Dividend | J | T | | | | | |
| 45. DFA Short term government port | A | Dividend | J | T | | | | | |
| 46. DFA One Year Fixed Income FRTF Instl | A | Dividend | J | T | | | | | |
| 47. DFA Inv't Two Year Global Fixed Income | A | Dividend | J | T | | | | | |
| 48. DFA Five Year Glbl Fixed Inc PRTF Instl | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Harris, Patricia S.** | 07/07/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, lines 3-34, I have left columns B (1) and (2) blank regarding income generated during the reported period. These assets are contained in two annuity investments with Guardian Insurance & Annuity Company, Inc., and are identified as "The Guardian Investor Variable Annuity B Series (GIVAB)." The statements for these annuities do not contain information regarding income generated, and I am advised that the annuity investments are not held directly in mutual funds, and are in sub accounts that do not directly have the type of income requested.

| Name of Person Reporting | Date of Report |
|---|---|
| Harris, Patricia S. | 07/07/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Patricia S. Harris**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544